**Order entered January 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01432-CV

**ANDREW DUNCAN AND HAYLEY MORRIS-DUNCAN, Appellants**

**V.**

**ACIUS GROUP, LP AND SURVIVOR OUTREACH SERVICES, LLC, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03198-2018**

## ORDER

Before the Court is appellants' January 17, 2019 motion for leave to file a corrected brief. We **GRANT** the motion as follows: we **STRIKE** appellants' brief filed on January 16, 2019 and **ORDER** the corrected brief tendered to this Court by appellants on January 17, 2019 filed as of the date of this order.

Appellees shall file their brief **within twenty days** of the date of this order. *See* TEX. R. APP. P. 38.6(b).

/s/     ERIN A. NOWELL
        JUSTICE